IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01342-MSK-PAC

LAURA LUJAN,

    Plaintiff,

v.

SOUTHWEST CREDIT SYSTEMS, LP, a Texas Limited Partnership,

    Defendant.

___

### ORDER DISMISSING CASE WITH PREJUDICE
___

THE COURT having reviewed the Unopposed Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own costs and attorney's fees. The Clerk is direct to close the case.

Dated this 14th day of August, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge